### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 06-cv-471-JJF |
| JOHN H. LEGG, et al., | ) ) ) |
| Defendants. | ) |

### MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Charles H. Keen, Esquire, to represent the defendant in this action.

Dated:   August 11, 2006

           Respectfully submitted,

           COLM F. CONNOLLY
           United States Attorney

By:   /s/ Ellen W. Slights
      ELLEN W. SLIGHTS
      Assistant United States Attorney
      Delaware Bar I.D. No. 2782
      1007 Orange Street, Suite 700
      Post Office Box 2046
      Wilmington, Delaware 19899-2046
      (302) 573-6277

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 06-cv-471-UNA |
| | ) | |
| JOHN H. LEGG, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATION BY COUNSEL
### TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Georgia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Dated:    August 7, 2006.

*/s/ Charles H. Keen*
CHARLES H. KEEN
Trial Attorney, Tax Division
Georgia Bar No. 410480
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
(202) 307-6536

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 06-cv-471-JJF |
| ) | |
| JOHN H. LEGG, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

AND NOW, this ____ day of August, 2006, upon consideration of the United States' counsel's Motion for Admission *Pro Hac Vice*, it is ORDERED that counsel's motion for admission *pro hac vice* of attorney Charles H. Keen is granted.

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 06-cv-471-JJF |
| | ) | |
| JOHN H. LEGG, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF SERVICE**

I, Kathie Gray, an employee in the Office of the United States Attorney for the District of Delaware, hereby attest under penalty of perjury that on August 11, 2006, I electronically filed the foregoing MOTION FOR ADMISSION *PRO HAC VICE*, supporting CERTIFICATION, and proposed ORDER with the Clerk of Court using ECF, and I hereby attest that I have delivered two copies thereof via United States mail, first class postage prepaid, to Defendants at the following addresses:

John H. Legg
21 Cardiff Road
Rehoboth Beach, DE 19971

State of Delaware
Department of Finance
Division of Revenue
ATTN: David Shelley
Carvel State Building
820 North French Street
P.O. Box 8763
Wilmington, DE 19899-8763

Sussex County, Delaware
Treasury Division
Number 2, The Circle
Georgetown, DE 19947

Sussex County, Delaware
Director of Utility Billing
Department of Finance
Number 2, The Circle, Third Floor
Georgetown, DE 19947

/s/ Kathie Gray
_____
Kathie Gray

1307574.1