IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JOHN H. LEGG, STATE OF DELAWARE<br>and SUSSEX COUNTY, DELAWARE,<br><br>        Defendants. | :<br>:<br>:<br>:<br>:   Civil Action No. 06-471-JJF<br>:<br>:<br>:<br>:<br>: |

## MOTION TO ALLOW DEPARTMENT OF JUSTICE ATTORNEY TO APPEAR WITHOUT LOCAL COUNSEL

Pursuant to 28 U.S.C. §§ 515, 517 and 518, the United States respectfully moves this Court for an Order allowing Department of Justice Attorney, Charles H. Keen, to appear before this Court without local counsel. Additionally, the United States requests that Mr. Keen be provided with an electronic filing password so that he can remotely file pleadings with this Court. In support of this motion, the United States provides the following:

1. The statutes of the United States allow the Attorney General to send its attorneys to state and federal courts throughout the nation. See 28 U.S.C. § 515 (the Attorney General or any other officer of the Department of Justice may conduct any kind of legal proceeding which United States attorneys are authorized by law to conduct, whether or not he/she is a resident of the district in which the proceeding is brought); 28 U.S.C. § 517 (any officer of the Department of Justice may be sent by the Attorney General to any State or district in the United States to attend to the interests of the United States in a suit pending in a court of the United States, or in a court of a State); 28 U.S.C.

§ 518 (The Attorney General may direct an officer of the Department of Justice to conduct and argue any case in a court of the United States in which the United States is interested). Thus, to the extent that Local Rule 83.5 of this Court requires that Department of Justice attorneys based in Washington, DC, associate with local counsel, it would appear to conflict with the above-referenced statutes. See Fed. R. Civ. P. 83(a)(1) (local rules must be consistent with Acts of Congress). Accordingly, the United States respectfully requests that, in this particular case, the Court waive the local counsel requirement of Local Rule 83.5.

2. In this matter, the Attorney General has assigned primary responsibility for this case to the Department's Tax Division in Washington, DC. In turn, the Tax Division has designated Mr. Keen as lead attorney.

3. Department of Justice attorney Charles H. Keen has already been admitted to this Court *pro hac vice*. As such, he has submitted to the disciplinary jurisdiction of this Court, and has certified that he is generally familiar with this Court's Local Rules. Additionally, Mr. Keen is an able and competent attorney. Mr. Keen graduated from the Georgia State University School of Law in June of 1990. He is an active member of the State Bar of Georgia. Mr. Keen has served as a Trial Attorney in the Tax Division for the past 15 years. In that capacity, Mr. Keen has been the lead attorney in multiple federal cases. He has represented the interests of the federal government in oral arguments in the District of Delaware, the District of Maryland, in the Eastern and Western Districts of Kentucky, and in the Western District of Virginia. Additionally, he has taken and defended many depositions. Mr. Keen has also filed briefs or otherwise appeared (in

person or telephonically) in many federal courts including courts in Delaware, Maryland, Virginia, Kentucky, and Puerto Rico.

Accordingly, for the reasons set forth above, the United States respectfully requests that Department of Justice Attorney, Charles H. Keen, be allowed to appear before this Court without local counsel and that he be provided with an electronic filing password so that he can remotely file pleadings with this Court. A proposed order is attached hereto.

Dated: August 18, 2006

COLM F. CONNOLLY
United States Attorney

Ellen W. Slights
Assistant United States Attorney
Delaware Bar No. 2782
1007 N. Orange Street, Suite 700
Wilmington, DE 19801
(302) 573-6277 ext. 158
Ellen.Slights@usdoj.gov

Charles H. Keen, Esquire
Georgia Bar No. 410480
Trial Attorney, Tax Division
U.S. Department of Justice
PO Box 227
Washington, DC 20044
(202) 307-6536
Charles.H.Keen@usdoj.gov

*Attorneys for Plaintiff*

## AFFIDAVIT OF SERVICE

I, Kathie Gray, an employee in the Office of the United States Attorney for the District of Delaware, hereby attest under penalty of perjury that on August 18, 2006, I electronically filed the foregoing **MOTION TO ALLOW DEPARTMENT OF JUSTICE ATTORNEY TO APPEAR WITHOUT LOCAL COUNSEL** with the Clerk of Court using ECF, and I hereby attest that I have delivered two copies of said document via United States Mail, postage prepaid, to the following:

| | |
|---|---|
| John H. Legg<br>21 Cardiff Road<br>Rehoboth Beach, DE 19971 | State of Delaware<br>Dept. of Finance, Division of Revenue<br>ATTN: David Shelley<br>820 N. French St., PO Box 8763<br>Wilmington, DE 19899-8763 |
| Sussex County, Delaware<br>Treasury Division<br>Number 2, The Circle<br>Georgetown, DE 19947 | Sussex County, Delaware<br>Director of Utility Billing<br>Department of Finance, 3rd Floor<br>Number 2, The Circle<br>Georgetown, DE 19947 |

/s/ Kathie Gray
_____
Kathie Gray
Office of the United States Attorney
1007 Orange Street
Suite 700
Post Office Box 2046
Wilmington, Delaware 19899
(302) 573-6277
kathie.gray@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 06-471-JJF |
| : | |
| JOHN H. LEGG, STATE OF DELAWARE : | |
| and SUSSEX COUNTY, DELAWARE, : | |
| : | |
| Defendants. : | |

## ORDER

UPON CONSIDERATION of the United States' motion to allow Department of Justice Attorney, Charles H. Keen, to appear without local counsel, the reasons stated therein, the lack of any opposition thereto, and the entire record herein, it is the ____ day of _____, 2006 hereby

ORDERED that the United States' motion should be and it hereby is granted; and it is,

FURTHER ORDERED that, for this matter only, Local Rule 83.5(d) is waived, and Department of Justice Attorney, Charles H. Keen, is not required to associate with local counsel nor is the United States Attorney's Office required to sign pleadings nor attend proceedings with him; and it is,

FURTHER ORDERED that the Clerk's Office provide Department of Justice Attorney, Charles H. Keen, with an Electronic Filing Log-In and Password so that he may file pleadings in this Court without the participation of the United States Attorney's Office.

_____
UNITED STATES DISTRICT JUDGE