AO 440(REV 1/90) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____DELAWARE_____

UNITED STATES OF AMERICA,

          Plaintiff,

v.

JOHN H. LEGG, et al.

          Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: (Name and Address of Defendant)

> State of Delaware
> Department of Finance
> Division of Revenue
> ATTN: David Shelley
> Carvel State Building
> 820 North French Street
> P.O. Box 8763
> Wilmington, DE 19899-8763

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

> Charles H. Keen, Esquire
> Trial Attorney, Tax Division
> U.S. Department of Justice
> P.O. Box 227, Ben Franklin Station
> Washington, D.C. 20044

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

PETER T. DALLEO

CLERK

_(signature)_

BY DEPUTY CLERK

DATE: AUG 0 2 2006

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE<br>8/18/06 |
| NAME OF SERVER (PPJNT)<br>BARRY EVELAND | TITLE<br>SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: STATE OF DELAWARE DEPARTMENT OF FINANCE AT 820 N. FRENCH ST. WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY VENESSA SCOTT

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/18/06
           Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.