AO 440(REV 1/90) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

DISTRICT OF __DELAWARE__

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOHN H. LEGG, et al.

        Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

06 - 471

TO: (Name and Address of Defendant)

    Sussex County, Delaware
    Director of Utility Billing
    Department of Finance
    Number 2, The Circle, Third Floor
    Georgetown, DE 19947

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Charles H. Keen, Esquire
    Trial Attorney, Tax Division
    U.S. Department of Justice
    P.O. Box 227, Ben Franklin Station
    Washington, D.C. 20044

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

AUG 0 2 2006

PETER T. DALLEO

CLERK

*[signature]*

BY DEPUTY CLERK

DATE

• AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

Service of the Summons and complaint was made by me(1)  
DATE: 8/18/06

NAME OF SERVER (PPJNT): GRANVILLE MORRIS  
TITLE: SPECIAL PROCESS SERVER

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: SUSSEX COUNTY DIRECTOR OF UTILITY BILLING- DEPARTMENT OF FINANCE AT 2 THE CIRCLE GEORGETOWN, DE COPIES THEREOF WERE ACCEPTED BY KELLY KRUGER

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/18/06  
Date

*Signature of Server*  
BRANDYWINE PROCESS SERVERS, LTD.  
P.O. BOX 1360  
WILMINGTON, DE 19899-1360  
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.