IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
|                 Plaintiff, | :   Civil Action No.: 06-471 |
| v. | : |
| JOHN H. LEGG, | : |
| STATE OF DELAWARE<br>Department of Finance<br>Division of Revenue, | : |
| SUSSEX COUNTY, DELAWARE<br>Treasury Division, | : |
| SUSSEX COUNTY, DELAWARE<br>Director of Utility Billing<br>Department of Finance, | : |
|                 Defendants. | : |

FILED
SEP 1 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## NOTICE OF ENTRY OF APPEARANCE

TO:   Clerk of Court

     Please enter the appearance of the undersigned in the above-referenced litigation as counsel for the Defendants, Sussex County, Delaware.

     This Entry of Appearance is for the purpose of notifying the Court and counsel for the Plaintiff of the identity of this defense counsel. This Entry of Appearance is not to be considered a waiver or admission of such issues as whether proper service of process has been effected on Defendant, whether the Defendant is a proper party to this matter, or whether the Defendant may raise the defense of the statute of limitations.

GRIFFIN & HACKETT, P.A.

By: _____
David R. Hackett, Esq., I.D. # 424
116 W. Market St., P.O. Box 612
Georgetown, DE 19947
(302) 856-9066
*Attorneys for Defendant,*
*Sussex County, Delaware*

Dated: September 11, 2006

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the attached NOTICE OF ENTRY OF APPEARANCE were mailed, via First Class Mail to the below named individuals, sufficiently addressed and with proper postage prepaid, by depositing the same in the United States mail, at Georgetown, Delaware on the 12th day of September, 2006.

Colm F. Connolly, Esquire
United States Attorney
District of Delaware
P.O. Box 2046
Wilmington, DE 19899

Charles H. Keen, Esquire
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, DC 20044

David R. Hackett, Esquire