IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-CV-471  (JJF) |
| ) | |
| JOHN H. LEGG, et al., ) | |
| ) | |
| Defendants. ) | |

## REQUEST TO ENTER DEFAULT

TO THE CLERK OF THE COURT:

Please enter the default of the defendant STATE OF DELAWARE, DEPARTMENT OF FINANCE for failure to plead or otherwise defend as provided by Fed. R. Civ. P. 55(a) as appears from the sworn declaration of Charles H. Keen, attached hereto.

DATED: October 26, 2006.                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　 /s/ Charles H. Keen
　　　　　　　　　　　　　　　　　　　　　　CHARLES H. KEEN
　　　　　　　　　　　　　　　　　　　　　　Trial Attorney, Tax Division
　　　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　　　　P.O. Box 227
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C.  20044
　　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 307-6536

1976054.1

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 06-cv-471-JJF |
| ) | |
| JOHN H. LEGG, et al., ) | |
| ) | |
| Defendants. ) | |

### DECLARATION OF CHARLES H. KEEN

I, CHARLES H. KEEN, pursuant to 28 U.S.C., Section 1746 do hereby declare as follows:

1. I am employed as a trial attorney with the Tax Division of the United States Department of Justice in Washington, D.C.

2. As part of my duties as a trial attorney with the Tax Division, I have been assigned litigation responsibility for the above-captioned civil action.

3. The defendants, STATE OF DELAWARE, DEPARTMENT OF FINANCE; SUSSEX COUNTY, DELAWARE, DIRECTOR OF UTILITY BILLING, DEPARTMENT OF FINANCE; and SUSSEX COUNTY, DELAWARE, TREASURY DIVISION, were served with copies of the summons and complaint on August 18, 2006. The defendant JOHN H. LEGG was served with a copy of the summons and complaint on August 28, 2006.

4. Pursuant to Rule 12(a)(1)(B) of the Federal Rules of Civil Procedure, the defendants STATE OF DELAWARE, DEPARTMENT OF FINANCE; SUSSEX COUNTY, DELAWARE, DIRECTOR OF UTILITY BILLING, DEPARTMENT OF FINANCE; and SUSSEX COUNTY, DELAWARE, TREASURY DIVISION were required to serve an answer to the complaint on or before September 7, 2006. The defendant JOHN H. LEGG was required to serve an answer on or before September 18, 2006.

5. The defendants, STATE OF DELAWARE, DEPARTMENT OF FINANCE; SUSSEX COUNTY, DELAWARE, DIRECTOR OF UTILITY BILLING, DEPARTMENT OF FINANCE; SUSSEX COUNTY, DELAWARE, TREASURY DIVISION; and JOHN H. LEGG

have not responded as required by Rule 12(a), Fed. R. Civ. P., and time for such response has not been extended by the Court.

      6.      I further certify that to the best of my knowledge and belief, defendant JOHN H. LEGG is neither an infant or incompetent.  Defendants STATE OF DELAWARE, DEPARTMENT OF FINANCE; SUSSEX COUNTY, DELAWARE, DIRECTOR OF UTILITY BILLING, DEPARTMENT OF FINANCE; and SUSSEX COUNTY, DELAWARE, TREASURY DIVISION are not natural persons and so are neither infants nor incompetent.

      I declare under penalty of perjury that to the best of knowledge and belief, the foregoing is true and correct.

Executed on: October 26, 2006

                                                    /s/ Charles H. Keen
                                                CHARLES H. KEEN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:06-CV-471 (JJF) |
| | ) | |
| JOHN H. LEGG, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ENTRY OF DEFAULT

The defendant, STATE OF DELAWARE, DEPARTMENT OF FINANCE, having failed to appear, plead, or otherwise defend in this action, a

DEFAULT is hereby entered against the defendant, STATE OF DELAWARE, DEPARTMENT OF FINANCE, pursuant to Fed. R. Civ. P. 55(a).

Dated this ____ day of _____, 2006.

                                                             Peter T. Dalleo
                                                             Clerk


By: _____
      Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 06-cv-471-UNA |
| | ) | |
| JOHN H. LEGG, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on October 26, 2006, I caused to be served the foregoing REQUEST FOR ENTRY OF DEFAULT, DECLARATION OF CHARLES H. KEEN, and proposed ENTRY OF DEFAULT via the CM/ECF system and/or by depositing true and correct copies thereof in the United States mail, first class postage prepaid, addressed as follows:

John H. Legg
21 Cardiff Road
Rehoboth Beach, DE 19971

State of Delaware
Department of Finance
Division of Revenue
ATTN: David Shelley
P.O. Box 8763
Wilmington, DE 19899-8763

David R. Hackett, Esquire
Griffin & Hackett, P.A.
P.O. Box 612
Georgetown, DE 19947

                                                                        /s/ Charles H. Keen
                                                                        CHARLES H. KEEN

1307574.1