IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-CV-471 (JJF) |
| ) | |
| JOHN H. LEGG, et al., ) | |
| ) | |
| Defendants. ) | |

REQUEST TO ENTER DEFAULT

TO THE CLERK OF THE COURT:

Please enter the default of the defendant SUSSEX COUNTY, DELAWARE, TREASURY DIVISION for failure to plead or otherwise defend as provided by Fed. R. Civ. P. 55(a) as appears from the sworn declaration of Charles H. Keen, attached hereto.

DATED: October 26, 2006.          Respectfully submitted,

                                   /s/ Charles H. Keen
                                  CHARLES H. KEEN
                                  Trial Attorney, Tax Division
                                  U.S. Department of Justice
                                  P.O. Box 227
                                  Washington, D.C. 20044
                                  Telephone: (202) 307-6536

1976088.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>          Plaintiff, )<br>)<br>   v. )<br>)<br>JOHN H. LEGG, et al., )<br>)<br>          Defendants. ) | Civil Action No. 1:06-CV-471 (JJF) |

## REQUEST TO ENTER DEFAULT

TO THE CLERK OF THE COURT:

Please enter the default of the defendant SUSSEX COUNTY, DELAWARE, DIRECTOR OF UTILITY BILLING, DEPARTMENT OF FINANCE for failure to plead or otherwise defend as provided by Fed. R. Civ. P. 55(a) as appears from the sworn declaration of Charles H. Keen, attached hereto.

DATED: October 26, 2006.

Respectfully submitted,

/s/ Charles H. Keen
CHARLES H. KEEN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Telephone: (202) 307-6536

1976081.1

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 06-cv-471-JJF |
| ) | |
| JOHN H. LEGG, et al., ) | |
| ) | |
| Defendants. ) | |

### **DECLARATION OF CHARLES H. KEEN**

I, CHARLES H. KEEN, pursuant to 28 U.S.C., Section 1746 do hereby declare as follows:

1. I am employed as a trial attorney with the Tax Division of the United States Department of Justice in Washington, D.C.

2. As part of my duties as a trial attorney with the Tax Division, I have been assigned litigation responsibility for the above-captioned civil action.

3. The defendants, STATE OF DELAWARE, DEPARTMENT OF FINANCE; SUSSEX COUNTY, DELAWARE, DIRECTOR OF UTILITY BILLING, DEPARTMENT OF FINANCE; and SUSSEX COUNTY, DELAWARE, TREASURY DIVISION, were served with copies of the summons and complaint on August 18, 2006. The defendant JOHN H. LEGG was served with a copy of the summons and complaint on August 28, 2006.

4. Pursuant to Rule 12(a)(1)(B) of the Federal Rules of Civil Procedure, the defendants STATE OF DELAWARE, DEPARTMENT OF FINANCE; SUSSEX COUNTY, DELAWARE, DIRECTOR OF UTILITY BILLING, DEPARTMENT OF FINANCE; and SUSSEX COUNTY, DELAWARE, TREASURY DIVISION were required to serve an answer to the complaint on or before September 7, 2006. The defendant JOHN H. LEGG was required to serve an answer on or before September 18, 2006.

5. The defendants, STATE OF DELAWARE, DEPARTMENT OF FINANCE; SUSSEX COUNTY, DELAWARE, DIRECTOR OF UTILITY BILLING, DEPARTMENT OF FINANCE; SUSSEX COUNTY, DELAWARE, TREASURY DIVISION; and JOHN H. LEGG

have not responded as required by Rule 12(a), Fed. R. Civ. P., and time for such response has not been extended by the Court.

      6.      I further certify that to the best of my knowledge and belief, defendant JOHN H. LEGG is neither an infant or incompetent. Defendants STATE OF DELAWARE, DEPARTMENT OF FINANCE; SUSSEX COUNTY, DELAWARE, DIRECTOR OF UTILITY BILLING, DEPARTMENT OF FINANCE; and SUSSEX COUNTY, DELAWARE, TREASURY DIVISION are not natural persons and so are neither infants nor incompetent.

      I declare under penalty of perjury that to the best of knowledge and belief, the foregoing is true and correct.

Executed on: October 26, 2006

                                          /s/ Charles H. Keen
                                       CHARLES H. KEEN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-CV-471 (JJF) |
| ) | |
| JOHN H. LEGG, et al., ) | |
| ) | |
| Defendants. ) | |

ENTRY OF DEFAULT

The defendant, SUSSEX COUNTY, DELAWARE, TREASURY DIVISION, having failed to appear, plead, or otherwise defend in this action, a

DEFAULT is hereby entered against the defendant, SUSSEX COUNTY, DELAWARE, TREASURY DIVISION, pursuant to Fed. R. Civ. P. 55(a).

Dated this ____ day of _____, 2006.

                                                Peter T. Dalleo
                                                Clerk


By: _____
         Deputy Clerk

1778256.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:06-CV-471  (JJF) |
| | ) | |
| JOHN H. LEGG, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ENTRY OF DEFAULT

The defendant, SUSSEX COUNTY, DELAWARE, DIRECTOR OF UTILITY BILLING, DEPARTMENT OF FINANCE having failed to appear, plead, or otherwise defend in this action, a

DEFAULT is hereby entered against the defendant, SUSSEX COUNTY, DELAWARE, DIRECTOR OF UTILITY BILLING, DEPARTMENT OF FINANCE, pursuant to Fed. R. Civ. P. 55(a).

Dated this ____ day of _____, 2006.

                         Peter T. Dalleo
                         Clerk

By: _____
      Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                        )<br>              Plaintiff,                    )<br>                                                        )<br>              v.                                    )      Civil No. 06-cv-471-UNA<br>                                                        )<br>JOHN H. LEGG, et al.,                 )<br>                                                        )<br>              Defendants.              ) | |

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on October 26, 2006, I caused to be served the foregoing REQUEST FOR ENTRY OF DEFAULT, DECLARATION OF CHARLES H. KEEN, and proposed ENTRY OF DEFAULT via the CM/ECF system and/or by depositing true and correct copies thereof in the United States mail, first class postage prepaid, addressed as follows:

John H. Legg
21 Cardiff Road
Rehoboth Beach, DE 19971

State of Delaware
Department of Finance
Division of Revenue
ATTN: David Shelley
P.O. Box 8763
Wilmington, DE 19899-8763

David R. Hackett, Esquire
Griffin & Hackett, P.A.
P.O. Box 612
Georgetown, DE 19947

                                                                                          /s/ Charles H. Keen
                                                                                          CHARLES H. KEEN