IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| v. : | Civil Action No. 06-471-JJF |
| JOHN H. LEGG, et al. : | |
| Defendants. : | |

### MOTION TO ALLOW DEPARTMENT OF JUSTICE
### ATTORNEY TO APPEAR WITHOUT LOCAL COUNSEL

Pursuant to 28 U.S.C. §§ 515, 517 and 518, the United States respectfully moves this Court for an Order allowing Department of Justice Attorney, Lawrence P. Blaskopf, to appear before this Court without local counsel. Additionally, the United States requests that Mr. Blaskopf be provided with an electronic filing password so that he can remotely file pleadings with this Court. In support of this motion, the United States provides the following:

1.  The statutes of the United States allow the Attorney General to send its attorneys to state and federal courts throughout the nation. See 28 U.S.C. § 515 (the Attorney General or any other officer of the Department of Justice may conduct any kind of legal proceeding which United States attorneys are authorized by law to conduct, whether or not he/she is a resident of the district in which the proceeding is brought); 28 U.S.C. § 517 (any officer of the Department of Justice may be sent by the Attorney General to any State or district in the United States to attend to the interests of

2992144.1

the Unites States in a suit pending in a court of the United States, or in a court of a State); 28 U.S.C § 518 (The Attorney General may direct an officer of the Department of Justice to conduct and argue any case in a court of the United States in which the United States is interested). Thus, to the extent that Local Rule 83.5 of this Court requires that Department of Justice attorneys based in Washington, DC, associate with local counsel, would appear to conflict with the above-referenced statutes. See Fed. R. Civ. P. 83(a)(1) (local rules must be consistent with Acts of Congress). Accordingly, the United States respectfully requests that, in this particular case, the Court waive the local counsel requirement of Local Rule 83.5.

2. In this matter, the Attorney General has assigned primary responsibility for this case to the Department's Tax Division in Washington, DC. In turn, the Tax Division has designated Mr. Blaskopf as lead attorney.

3. Mr. Blaskopf is an able and competent attorney. Mr. Blaskopf graduated from the Benjamin Cardozo School of Law in June of 1985. He is an active member of the State Bar of New York. Mr. Blaskopf has served as a Trial Attorney in the Tax Division for the past 17 years. In that capacity, Mr. Blaskopf has been the lead attorney in multiple federal cases. He has represented the interests of the federal government in trials and oral arguments in the District of New Jersey, the District of Maryland, in the Eastern, Middle and Western Districts of North Carolina, the Western District of Tennessee, and the Eastern and Middle Districts of Pennsylvania.

Accordingly, for the reasons set forth above, the United States respectfully requests that Department of Justice Attorney, Lawrence P. Blaskopf, be allowed to appear before this Court without local counsel and that he be provided with an electronic filing password so that he can remotely file pleadings with this Court. A proposed order is attached hereto.

Dated: January 16, 2008.

                COLM F. CONNOLLY
                United States Attorney

                */s/ Ellen W. Slights*
                Ellen W. Slights
                Assistant United States Attorney
                Delaware Bar No. 2782
                1007 N. Orange Street, Suite 700
                Wilmington, DE 19801
                (302) 573-6277 ext. 158
                Ellen.Slights@usdoj.gov

                Lawrence P. Blaskopf, Esquire
                New York Bar No. 2045854
                Trial Attorney, Tax Division
                U.S. Department of Justice
                PO Box 227
                Washington, DC 20044
                (202) 514-9642
                Lawrence.P.Blaskopf@usdoj.gov
                *Attorneys for Plaintiff,*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 06-471-JJF |
| JOHN H. LEGG, et al. | : | |
| Defendants. | : | |

## ORDER

UPON CONSIDERATION of the United States' motion to allow Department of Justice Attorney, Lawrence P. Blaskopf, to appear without local counsel, and the reasons stated therein, the lack of any opposition thereto, and the entire record herein,

It is ORDERED:

1. that the United States' motion is GRANTED;

2. that, for this matter only, Local Rule 83.5(d) is waived, and Department of Justice Attorney, Lawrence P. Blaskopf, is not required to associate with local counsel nor is the United States Attorney's Office required to sign pleadings nor attend proceedings with him; and

3. that the Clerk's Office provide Department of Justice Attorney, Lawrence P. Blaskopf, with an Electronic Filing Log-In and Password so that he may file pleadings in this Court without the participation of the United States Attorney's Office.

_____
UNITED STATES DISTRICT JUDGE

2992144.1

## CERTIFICATE OF SERVICE

I, Brandi C. Everett, an employee in the Office of the United States Attorney for the District of Delaware, hereby attest under penalty of perjury that on January 23, 2008, I electronically filed the foregoing MOTION TO ALLOW DEPARTMENT OF JUSTICE ATTORNEY TO APPEAR WITHOUT LOCAL COUNSEL and proposed ORDER with the Clerk of Court using ECF, and I hereby attest that I have delivered two copies of said documents via United States mail, postage prepaid, to the following:

John H. Legg
21 Cardiff Road
Rehoboth Beach, DE 19971

Sussex County, Delaware
Treasury Division
Number 2, The Circle
Georgetown, DE 19947

Charles H. Keen
U.S. Department of Justice Tax Division
P.O. Box 227
Ben Franklin Station
Washington, DC 20044

State of Delaware
Dept. Of Finance, Division of Revenue
ATTN: David Shelley
820 N. French St., P.O. Box 8763
Wilmington, DE 19899-8763

Sussex County, Delaware
Director of Utility Billing
Department of Finance, 3rd Floor
Number 2, The Circle
Georgetown, DE 19947

/s/Brandi C. Everett
Brandi C. Everett
Office of the United States Attorney
1007 Orange Street
Suite 700
Post Office Box 2046
Wilmington, Delaware 19899
(302) 573-6277
Brandi.C.Everett@usdoj.gov