IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-471-JJF |
| JOHN H. LEGG, et al. | : |
| Defendants. | : |

### ORDER

UPON CONSIDERATION of the United States' motion to allow Department of Justice Attorney, Lawrence P. Blaskopf, to appear without local counsel, and the reasons stated therein, the lack of any opposition thereto, and the entire record herein,

It is ORDERED:

1. that the United States' motion is GRANTED;

2. that, for this matter only, Local Rule 83.5(d) is waived, and Department of Justice Attorney, Lawrence P. Blaskopf, is not required to associate with local counsel nor is the United States Attorney's Office required to sign pleadings nor attend proceedings with him; and

3. that the Clerk's Office provide Department of Justice Attorney, Lawrence P. Blaskopf, with an Electronic Filing Log-In and Password so that he may file pleadings in this Court without the participation of the United States Attorney's Office.

_____
UNITED STATES DISTRICT JUDGE

1/25/08

2992144.1

## CERTIFICATE OF SERVICE

I, Brandi C. Everett, an employee in the Office of the United States Attorney for the District of Delaware, hereby attest under penalty of perjury that on January 23, 2008, I electronically filed the foregoing MOTION TO ALLOW DEPARTMENT OF JUSTICE ATTORNEY TO APPEAR WITHOUT LOCAL COUNSEL and proposed ORDER with the Clerk of Court using ECF, and I hereby attest that I have delivered two copies of said documents via United States mail, postage prepaid, to the following:

John H. Legg
21 Cardiff Road
Rehoboth Beach, DE 19971

Sussex County, Delaware
Treasury Division
Number 2, The Circle
Georgetown, DE 19947

Charles H. Keen
U.S. Department of Justice Tax Division
P.O. Box 227
Ben Franklin Station
Washington, DC 20044

State of Delaware
Dept. Of Finance, Division of Revenue
ATTN: David Shelley
820 N. French St., P.O. Box 8763
Wilmington, DE 19899-8763

Sussex County, Delaware
Director of Utility Billing
Department of Finance, 3rd Floor
Number 2, The Circle
Georgetown, DE 19947

/s/Brandi C. Everett
Brandi C. Everett
Office of the United States Attorney
1007 Orange Street
Suite 700
Post Office Box 2046
Wilmington, Delaware 19899
(302) 573-6277
Brandi.C.Everett@usdoj.gov