IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN H. LEGG, et al., )<br>)<br>Defendants. ) | Civil Action No.: 06-471 (JJF) |

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing DEFAULT JUDGMENT AND ORDER OF SALE has been made this 24th day of April, 2008, by placing true and correct copies thereof in the United States mail, postage prepaid, and properly addressed to the following:

> John H. Legg
> 21 Cardiff Road
> Rehoboth Beach, Delaware 19971
>
> State of Delaware
> Department of Finance
> Division of Revenue
> ATTN: David Shelley
> P.O. Box 8763
> Wilmington, Delaware 19899-8763
>
> David R. Hackett, Esquire
> Griffin & Hackett, P.A.
> P.O. Box 612
> Georgetown, Delaware 19947

    /s/ Lawrence P. Blaskopf
LAWRENCE P. BLASKOPF

3149872.1